150 So.2d 589

**MAYEUX, BENNETT, HINGLE INSUR-
ANCE AGENCY, INC.**

**v,**

**SOUTHERN BELL TELEPHONE AND
TELEGRAPH COMPANY.**

**No. 46622.**

March 15, 1963.

In re: Southern Bell Telephone and Telegraph Company applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 148 So. 2d 771.

Writ denied. No error of law in the opinion of the Court of Appeal.

■

150 So.2d 589

**Mrs. Thelma Thompson HAMPTON et al.**

**v.**

**SECURITY STORAGE AND VAN COMPA-
NY, Inc. and Robert Misbach et al.**

**No. 46623.**

March 15, 1963.

In re: The Fidelity and Casualty Company of New York applying for certiorari or writ of review to the Court of Appeal, Fourth Circuit, Parish of Orleans. 148 So. 2d 788.

Writ refused. On the facts found by the Court of Appeal, there is no error of law in its judgment.